UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMAAL ALI BILAL,

    Petitioner,

v.                                                    CASE NO. 3:17cv325-MCR/GRJ

DEP'T OF CHILDREN & FAMILIES,

    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 8, 2017, ECF No. 4, recommending that the Petition should be dismissed. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 24th day of May, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**